# ELECTRONIC RECORD

COA #   05-15-00053-CR            OFFENSE:  10.01

STYLE:   The State of Texas v. Anthony Hill    COUNTY:  Dallas

COA DISPOSITION:   REVREM          TRIAL COURT:  292nd Judicial District Court

DATE: 05/30/2015          Publish: YES   TC CASE #:   WX14-90030

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   The State of Texas v. Anthony Hill       CCA #:   915-15

_____ APPELLEE'S _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE:      _____

REFUSED,                      JUDGE:      _____

DATE: 09/23/15                  SIGNED: _____        PC: _____

JUDGE: Per Curiam; MEYERS, would         PUBLISH: _____       DNP: _____
grant

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**